UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

NAKIA HOLLIS, et al.

                Plaintiff,

v.                                                         Case No. 23-C-00413

CITY OF MILWAUKEE, et al.

                Defendants.
_____

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

      Defendants, Rutherford and the City of Milwaukee, by their attorney, Evan Goyke, City Attorney, represented by Clint B. Muche, Assistant City Attorney, hereby move for summary judgment in their favor pursuant to Fed. R Civ. Pro. 56 and Civ. L. R. 7, on all counts in Plaintiff's amended complaint (ECF No. 18).

      In support of this motion, defendants reference and incorporate, consistent with Local Rule 56(b)(1), their statement of facts, memorandum of law, and all exhibits filed concurrently with this motion.

      Dated at Milwaukee, Wisconsin on this 9th day of September, 2024.

                                                                  EVAN GOYKE
                                                                   City Attorney

ADDRESS:                                      *Electronically signed by:*

800 City Hall
200 East Wells Street                          /s/ Clint B. Muche
Milwaukee, WI 53202                           CLINT B. MUCHE
Tel: (414) 286-2601                              Assistant City Attorney
Fax: (414) 286-8550                             State Bar No. 1131629
Email: cmuche@milwaukee.gov        *Attorneys for Defendants*

1032-2023-521:292661